NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPRIC K. BLOODSAW,<br><br>  Plaintiff,<br><br>vs.<br><br>M. D. BARON, et al.,<br><br>  Defendant(s). | No. C 08-05245 JF (PR)<br><br>ORDER OF DISMISSAL;<br>DENYING APPLICATION TO<br>PROCEED *IN FORMA PAUPERIS* |

Plaintiff, a California state prisoner and frequent litigant in this Court, filed a document on November 19, 2008, which the Clerk of the Court construed as a civil rights complaint under 42 U.S.C. § 1983 and filed in a new case with the above-captioned case number. Although the document was a form civil rights complaint, Plaintiff indicated thereon that it was in fact a response to an order to show cause that the Court had issued in one of Plaintiff's prior cases.[1] The Court has addressed this response in a separate order filed in those cases.

As the above-captioned case was inadvertently opened based on a filing that is not a complaint or other pleading intended to be filed in a new matter, the above-

---

[1] Case Nos. 08-3156, 08-315, 08-3621, 08-3622, 08-3724, 08-3772, and 08-3855.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw5245_dismissal.wpd

1  captioned case is hereby DISMISSED.  Plaintiff is not required to pay a filing fee in
2  the above-captioned case, and his application to proceed in forma pauperis filed
3  therein is DENIED as moot.
4      The Clerk shall close the file and terminate all pending motions.
5      IT IS SO ORDERED.

7  DATED: 3/17/08

    JEREMY FOGEL
    United States District Judge

**United States District Court**
For the Northern District of California